UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

Katherine Sobania, et al.
Plaintiffs,

v.

Sunshine Care Services, Inc., et al.
Defendants,

Court File Number
0:26-cv-03798-JRT-LIB

AFFIDAVIT OF SERVICE

State of Minnesota }
County of Morrison } SS

I, Darren Bushinger, state that on Monday, September 21, 2026 at 2:12 PM I served the Summons & Complaint upon Quality Care Express Inc., therein named, personally at 570 1st Street SE, St. Cloud, MN 56304, by handing to and leaving with Bishar Abdi, Registered Agent of Quality Care Express Inc.

I declare under penalty of perjury that this information is true.

Dated: 9 / 24 /2026

Darren Bushinger

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # MIDMI4 341457 3316

Re: 25-0268473

METRO LEGAL
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com