UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Court File No.: 0:26-cv-03798-JRT-LIB

Katherine Sobania by her Guardian
Tina Sobania and Cheyenne Johnson,

Plaintiffs,

Sunshine Care Services, Inc., Quality
Express Inc., and Aden Aden,

Defendants.

**DECLARATION OF ATTORNEY JASON S. RAETHER IN SUPPORT OF MOTION TO DISMISS**

---

STATE OF MINNESOTA )
)
COUNTY OF DAKOTA )

I, Jason S. Raether, state as follows:

1. I am an attorney licensed and in good standing in the state of Minnesota, and am counsel of record for named defendant Quality Express, Inc. in the above captioned matter. I make this declaration in support of Defendant's Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of the Minnesota Secretary of State public business details for Sunshine Care Services Inc.

3. Attached hereto as Exhibit B is a true and correct copy of the Minnesota Secretary of State public business details for Quality Express Inc.

4. Attached hereto as Exhibit C is a true and correct copy of results from the NPPES NPI Registry of a search for Quality Express Inc. from today, October 26, 2026.

5. Attached hereto as Exhibit D is a true and correct copy of results from the USDOT Federal Motor Carrier Safety Administration's Registry of a search for Quality Express Inc. from today, October 26, 2026.

6. Attached hereto as Exhibit E is a true and correct copy of results from the USDOT Federal Motor Carrier Safety Administration's Registry of a search for Sunshine Care from today, October 26, 2026.

7. Attached hereto as Exhibit F is a true and correct copy of results of a Google maps search for Defendant Quality Express's address, 570 1st Street SE, St. Cloud, Minnesota from today, October 26, 2026.

**I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.**

Date: October 26, 2026

*<u>/s/ Jason S. Raether</u>*
Jason S. Raether

## Business Record Details »

Minnesota Business Name

**Sunshine Care Services Inc.**

**Business Type**
Business Corporation (Domestic)

**MN Statute**
302A

**File Number**
1130943900029

**Home Jurisdiction**
Minnesota

**Filing Date**
1/1/2020

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2026

**Registered Office Address**
570 1st ST SE
Saint Cloud, MN 56304
USA

**Number of Shares**
1

**Registered Agent(s)**
(Optional) Currently No Agent

**Chief Executive Officer**
Shukri Abdi
570 1ST ST SE
SAINT CLOUD, MN 56304-0802
USA

**Principal Executive Office Address**
570 1ST ST SE
SAINT CLOUD, MN 56304-0802
USA

**Mailing Address**
PO BOX 602
Saint Cloud, MN 56302
USA

Filing History

# Filing History

**Select the item(s) you would like to order:** Order Selected Copies

| ☐ | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 1/1/2020 | Original Filing - Business Corporation (Domestic) (Business Name: Sunshine Care Services Inc.) | |
| ☐ | 3/31/2020 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 7/7/2020 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 6/16/2021 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 12/5/2022 | Registered Office and/or Agent - Business Corporation (Domestic) | |

© 2026 Office of the Minnesota Secretary of State - Terms & Conditions

The Office of the Secretary of State is an equal opportunity employer

Subscribe for email updates!
Vulnerability Disclosure

## Business Record Details »

Minnesota Business Name

**Quality Express Inc.**

**Business Type**
Business Corporation (Domestic)

**MN Statute**
302A

**File Number**
1256531800028

**Home Jurisdiction**
Minnesota

**Filing Date**
9/20/2021

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2026

**Registered Office Address**
570 1st ST SE
Saint Cloud, MN 56304
USA

**Number of Shares**
01

**Registered Agent(s)**
Iftin Hussein

**Chief Executive Officer**
Iftin Hussein
570 1ST ST SE
SAINT CLOUD, MN 56304-0802
USA

**Principal Executive Office Address**
570 1ST ST SE
ARBOR WAY
SAINT CLOUD, MN 56304-0802
USA

**Mailing Address**
PO BOX 1963
Saint Cloud, MN 56302
USA

Filing History

# Filing History

**Select the item(s) you would like to order:** Order Selected Copies

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 9/20/2021 | Original Filing - Business Corporation (Domestic) (Business Name: Quality Express Inc.) | |
| ☐ | 12/5/2022 | Registered Office and/or Agent - Business Corporation (Domestic) | |

© 2026 Office of the Minnesota Secretary of State - Terms & Conditions

The Office of the Secretary of State is an equal opportunity employer

Subscribe for email updates!
Vulnerability Disclosure

# Search NPI Records

**Effective 6/25/2024:** To ensure the best experience, NPPES has limited the amount of NPI Registry queries that can be completed per hour

- Bulk NPI Registry queries must use the DDS file.

**Error:**
No matching records found.

**NPI Number**

**NPI Type**

Any

**Taxonomy Description**

**for individuals**

**Provider First Name** **Provider Last Name**

**for organizations**

**Organization Name**
**(LBN, DBA, Former LBN or Other Name)**

**Name** **Name**

**City**

**State**

MINNESOTA

**Country**

Any

**Postal Code**

**Address Type**

Any

☐ **Check this box to search for Exact Matches only**

** This search page is by default set to return similar and close results to your search keywords. You can check the box above if you only want the exact matches for your keywords to be returned in the search results.

**Note: The NPI Registry limits searches to the first 2100 results. If you cannot find the NPI that you are looking for, please refine the search.**

Clear Search

**Please Note: Issuance of an NPI does not ensure or validate that the Health Care**

What You Need to Know

NPI Registry Public Search is a free directory of all active **National Provider Identifier** (NPI) records. Healthcare providers acquire their unique 10-digit NPIs to identify themselves in a standard way throughout their industry.

Individuals or organizations apply for NPIs through the CMS **National Plan and Provider Enumeration System** (NPPES). After we supply an NPI, we publish the parts of the NPI record that have public relevance, including the provider's name, specialty (taxonomy) and practice address.

CMS provides this service based on federal law (45 CFR Part 162). We also supply this directory in a full download file, or through an Application Programming Interface (API).

If you are a provider with questions about your record, our Enumerator can assist you: 800.465.3203 | 800.692.2326 TTY | email.

---

A federal government website managed by the U.S. Centers for Medicare & Medicaid Services
7500 Security Boulevard, Baltimore, MD 21244

## Details

| | | | |
|---|---|---|---|
| **US DOT:** | 3736522 | **Docket Number:** | MC01321049 |
| **Legal Name:** | QUALITY EXPRESS INC | | |

| | |
|---|---|
| **Doing-Business-As Name:** | QLTE |

| Business Address | Business Telephone and Fax | Mail Address | Mail Telephone and Fax | Undeliverable Mail |
|---|---|---|---|---|
| 22 WILSON AVE NE STE 12<br>SAINT CLOUD MN 56304 | (320) 469-4103<br>Fax: 3202172107 | PO BOX 1963<br>SAINT CLOUD MN 56302-1963 | | NO |

| Authority Type | Authority Status | Application Pending |
|---|---|---|
| **Common** | ACTIVE | NO |
| **Contract** | NONE | NO |
| **Broker** | NONE | NO |

| Property | Passenger | Household Goods | Private | Enterprise |
|---|---|---|---|---|
| YES | NO | NO | NO | NO |

| Insurance Type | Insurance Required | Insurance on File |
|---|---|---|
| **BIPD** | $300,000 | $1,000,000 |
| **Cargo** | NO | NO |
| **Bond** | NO | NO |

**BOC-3:** YES

**Blanket Company:** TRUCKER & BROKER SERVICES INC

To view Blanket Company and Process Agent listings, Click Here

Web Site Content and BOC-3 Information Clarification

Active/Pending Insurance | Rejected Insurance | Insurance History | Authority History | Pending Application | Revocation

October 26, 2026



DEC JSR EX D

U.S. Department of Transportation
Federal Motor Carrier Safety Administration
# Licensing and Insurance Public

Menu Choose Menu Option GO

Enter information for query. If you know the **USDOT Number** or **Docket Number**, that is all that needs to be entered. If you do not know the **USDOT Number** or **Docket Number**, you can search on any combination of **Legal Name, DBA Name (Doing-Business-As Name)**, or **State** to narrow the search. If searching by name please use a state to limit the search. The search always looks for a legal or DBA name which begins with the text entered. If the wild card character **( * )** is the first position entered, the search will look for a legal or DBA name which contains the text entered, but this search will take longer.

**No record found, please try different search parameters. For name searches use as little of the name as you are sure of.**

**USDOT Number:**
**Docket Number:** MC
**Legal Name:** SUNSHINE CARE
**DBA Name:**
**State:** Select State/Country

I'm not a robot
This site is exceeding reCAPTCHA Enterprise free quota.
reCAPTCHA

New applications will not be reflected in search results for 24 hours after filing

Search Reset

October 26, 2026



DEC JSR EX E




Accessed from Google Street View on October 26, 2026.

DEC JSR EX F