UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Court File No.: 0:26-cv-03798-JRT-LIB

Katherine Sobania by her Guardian Tina Sobania and Cheyenne Johnson,

Plaintiffs,

Sunshine Care Services, Inc., Quality Express Inc., and Aden Aden,

Defendants.

**MEET AND CONFER STATEMENT**

---

Defendant Quality Express Inc. ("***Quality Express***"), by and through its undersigned attorney, hereby certifies that on October 29, 2026, it met and conferred with the opposing party by meeting with Plaintiffs Katherine Sobania by her Guardian Tina Sobania and Cheyenne Johnson, by and through their attorneys, Luke Grundman and Kathryn Koch of Mid-Minnesota Legal Aid to discuss Quality Express's Motion to Dismiss. At this time, the parties do not agree on the resolution of any part of the motion.

**ACKNOWLEDGEMENT REQUIRED BY FED. R. CIV. P. 11(B)**

The undersigned hereby acknowledges that sanctions may be imposed upon the attorneys, law firms, or parties if the court should find that the undersigned violated Fed. R. Civ. P. 11(b).

**ATTORNEY FOR DEFENDANT**

By: */s/ Jason S. Raether*

Jason S. Raether (#394857)
Kennedy & Ruhsam Law Offices, P.A.
2600 Eagan Woods Drive, Suite 270
Eagan, MN 55121
Phone: 651-316-2065
jason.raether@mpkennedylaw.com

Date: November 2, 2026