**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Katherine Sobania by her Guardian Tina Sobania and Cheyenne Johnson,<br><br>Plaintiffs,<br><br>v.<br><br>Sunshine Care Services, Inc., Quality Express Inc., and Aden Aden<br><br>Defendants. | ) | Case No. 26-CV-3798 (JRT/LIB)<br><br>**NOTICE OF APPEARANCE OF SUZANNE L. JONES FOR DEFENDANT SUNSHINE CARE SERVICES, INC.** |

The undersigned hereby notifies the Court and counsel that Suzanne Jones of Gordon Rees Scully Mansukhani, LLP shall appear as counsel of record for Defendant Sunshine Care Services, Inc.

Dated: November 2, 2026

**Gordon Rees Scully Mansukhani, LLP**

*/s/ Suzanne L. Jones*

Suzanne L. Jones (#389345)
Aliza Rahman (#0506672)
80 S. 8th Street, Suite 3850
Minneapolis, MN 55402
Phone: 612-351-5969
sljones@grsm.com
arahman@grsm.com
*Counsel for Defendant*
*Sunshine Care Services, Inc.*